UNITED STATES OF AMERICA WAYNE COUNTY DEPARTMENT OF HEALTH, Air Pollution Control Division, Plaintiffs,

United States Army Corps of Engineers, Movant– Appellant,

v.

CITY OF DETROIT, et al., Defendants–Appellees.

No. 01–1277.

United States Court of Appeals, Sixth Circuit.

May 24, 2002.

Before MARTIN, Chief Judge; BOGGS, BATCHELDER, DAUGHTREY, MOORE, COLE, CLAY, and GILMAN, Circuit Judges.

ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 35(a) provides as follows:

"The effect of the granting of a hearing en banc shall be to vacate the previous

**186**

opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is ORDERED, that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

It is further ORDERED that the appellant file a supplemental brief not later than Monday, June 24, 2002, and the appellees file a supplemental brief not later than Wednesday, July 24, 2002.

The Clerk will schedule this case for oral argument as directed by the Court.